Tyrone Lorenzo **ROBINSON,**
Plaintiff—Appellant,

v.

**State of SOUTH CAROLINA,**
Defendant—Appellee.

No. 07–7119.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2007.

Decided: Nov. 26, 2007.

Tyrone Lorenzo Robinson, Appellant Pro Se.

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Lorenzo Robinson appeals the district court's order accepting the result recommended by the magistrate judge and dismissing Robinson's petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. South Carolina,* No. 2:07–cv–01329–SB, 2007 WL 1875806 (D.S.C. June 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*